**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000164
15-MAR-2013
08:47 AM**

NO. CAAP-12-0000164

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FEDERAL NATIONAL MORTGAGE ASSOCIATION,
Plaintiff/Counterclaim Defendant/Appellee,
v.
LEE T.Y. BISE,
Defendant/Plaintiff Counter Claimant/Appellant,

BRANDON CHAMBERLAIN, JESSICA DUARTE, LAURA F. CORDES,
JOHN DOES 1-50, and JANE DOES 1-50,
Defendants-Appellees,

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY;
FLAGSTAR BANK, FSB; FLAGSTAR BANK;
JOHN AND MARY DOES 1-20; and DOE CORPORATIONS
and ENTITIES 1-20,
Counterclaim Defendants/Appellees


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0478)


SUMMARY DISPOSITION ORDER
(By:  Foley, Presiding J., Fujise and Ginoza, JJ.)

Defendant-Plaintiff Counter Claimant/Appellant Lee T.Y.

Bise appeals from the November 29, 2011 Judgment for Possession

entered in favor of Plaintiff-Appellee Federal National Mortgage Association in the Circuit Court of the Second Circuit[1].

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the arguments advanced and the issues raised by the parties, as well as the relevant statutory and case law, we conclude this appeal is without merit.

Our appellate courts have repeatedly held that claims involving the applicability of the Kingdom of Hawaiʻi laws are without merit. The Hawaiʻi Supreme Court in State v. Kaulia, 128 Hawaiʻi 479, 487, 291 P.3d 377, 385 (2013) reaffirmed this holding where it wrote:

> Kaulia appears to argue that he is immune from the court's jurisdiction because of the legitimacy of the Kingdom government. In that regard, we reaffirm that "[w]hatever may be said regarding the lawfulness" of its origins, "the State of Hawaiʻi . . . is now a lawful government." State v. Fergerstrom, 106 Hawaiʻi 43, 55, 101 P.3d 652, 664 (App. 2004), aff'd, 106 Hawaiʻi 41, 101 P.3d 225 (2004). Individuals claiming to be citizens of the Kingdom and not of the State are not exempt from application of the State's laws. See Id. at 55, 101 P.3d at 664; State v. Lorenzo, 77 Hawaiʻi 219, 883 P.2d 641 (App. 1994); State v French, 77 Hawaiʻi 222, 883 P.2d 644 (App. 1994); Nishitani v. Baker, 82 Hawaiʻi 281, 921 P.2d 1182 (App. 1996); State v. Lee, 90 Hawaiʻi 130, 976 P.2d 444 (1999).

Therefore,

---

[1] The Honorable Joseph E. Cardoza presided.

IT IS HEREBY ORDERED that the Judgment for Possession entered November 29, 2011 in the Circuit Court of the Second Circuit is affirmed.

DATED:  Honolulu, Hawai'i, March 15, 2013.

On the briefs:

Keoni K. Agard
Dexter K. Kaiama
(Agard & Kaiama)
(on the opening brief)
Dexter K. Kaiama
(on the reply brief)
for Defendant/Plaintiff Counter
Claimant/Appellant.

Charles R. Prather
Sofia M. Hirosane
Blue Kaanehe
(RCO Hawaii)
for Plaintiff/Counterclaim
Defendant/Appellee
Federal National Mortgage
Association.

Presiding Judge

Associate Judge

Associate Judge

3